# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNIUS BURNO,<br><br>        *Petitioner*,<br><br>v.<br><br>WETZEL, *et al.*,<br><br>        *Respondents*. | CIVIL ACTION<br>NO. 15-06307 |

## ORDER

**AND NOW**, this 29th day of September, 2016, upon consideration of Junius Burno's Objection to the Court's Stay-and-Abey Order and Hazel-Atlas Motion, (ECF No. 20), it is **ORDERED** that:

1. The Motion is **DENIED**.

2. The Clerk of the Court shall mail Petitioner a copy of Respondent's Memorandum of Law, (ECF No. 15).

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.