IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JUNIUS BURNO, | |
|---|---|
| *Petitioner,* | CIVIL ACTION |
| v. | NO. 15-06307 |
| JOHN E. WETZEL *et al.*, | |
| *Respondents.* | |

# ORDER

**AND NOW**, this 22nd day of November 2019, upon consideration of the Petitioner's Memorandum of Law in Support of the Petition for Writ of *Habeas Corpus* (ECF No. 60), the Respondent's Response (ECF No. 74) and the Petitioner's Reply (ECF No. 87), as well as Petitioner's Motion for Leave to Supplement or in the Alternative Amend (ECF No. 88), Respondent's Response (ECF No. 90) and Petitioner's Reply (ECF No. 91), it is hereby **ORDERED** that:

1. Burno's Motion for Leave to Supplement or in the Alternative Amend is **DENIED**;
2. Burno's Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**;
3. No certificate of appealability shall issue; and
4. The case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.